## Silveus *v.* Sayers, Appellant.

*Appeals—Interlocutory order—Interpleader—Quashing appeal.*

An order directing an interpleader and awarding a feigned issue is interlocutory from which an appeal will not lie.

Argued April 11, 1917. Appeal, No. 87, April T., 1917, by defendant, from order of C. P. Greene Co., June T., 1914, No. 107, directing an interpleader in case of A. F. Silveus v. D. L. Sayers, alias David L. Sayers with clause of scire facias to James E. Sayers, executor of the last will and testament of Ezra M. Sayers, deceased, Garnishee, and Henry C. Sayers, Intervenor. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, KEPHART, TREXLER and WILLIAMS, JJ. Appeal quashed.

Rule for interpleader.

8, (1917).] Assignment of Error—Opinion of the Court.

The facts are stated in the opinion of the Superior Court.

*Error assigned* was making absolute rule for interpleader.

*A. H. Sayers,* with him *H. C. Sayers, Jr.,* for appellant.

*James J. Purman,* for appellee.

OPINION BY KEPHART, J., May 7, 1917:

The motion to quash this appeal must be sustained. An order directing an interpleader and awarding a feigned issue is interlocutory from which an appeal will not lie. Paugh v. Delaware County Trust Co., 62 Pa. Superior Ct. 523, was an appeal from an order discharging a rule for judgment for want of a sufficient affidavit of defense. The court in declining to grant the judgment framed an issue between the rival claimants to the fund, the intervenor having been made a party to the action.

The report of the case did not contain a reference to the court's action on the rule for judgment.

Appeal quashed.